## Chicago, P. & M. R. R. Co. v. Charles H. Pigg.

1. INSTRUCTIONS—*Error in, When Not Reversible.*—In action to recover for damages to property by the construction of a railroad, if the verdict is justified by the evidence the judgment will not be reversed because the measure of damages may have been improperly stated in the instructions.

**Trespass on the Case.**—Damage to lands, etc. Appeal from the Circuit Court of Jefferson County; the Hon. EDMUND D. YOUNGBLOOD, Judge, presiding. Heard in this court at the August term, 1895. Affirmed. Opinion filed March 7, 1896.

J. H. ATTERBURY, attorney for appellant.

F. G. BLOOD and JONES & BLAIR, attorneys for appellee.

MR. JUSTICE SCOFIELD DELIVERED THE OPINION OF THE COURT.

Appellee sued appellant for damages to his property in the city of Mt. Vernon, arising from the construction of appellant's railroad, and recovered a judgment for $55.

It is contended that the measure of damages was improperly stated to the jury. However that may be, the verdict is justified by the evidence and the judgment should be sustained.

The judgment is affirmed.